E-FILED
Tuesday, 31 May, 2005  04:07:47 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FOUNDATION, and TRUSTEES OF OPERATING ENGINEERS LOCAL 965 SUPPLEMENTAL DUES FUND, <br><br>          Plaintiffs, <br><br> vs. <br><br> BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, <br><br>          Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. ) ) ) ) |

## COMPLAINT

NOW COME Plaintiffs, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, by its attorneys, Cavanagh & O'Hara, complaining of the Defendant, BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, and allege as follows:

1.     This action arises under the Employee Retirement Income Security Act of 1974, as amended, U.S.C. Title 29, Section 1145.

2.     The Plaintiffs, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, are employee benefit plans administered pursuant to the terms and provisions of the Declarations of Trusts creating said Funds and are required to be maintained and administered in accordance with the provisions of the Labor Management Relations Act of 1947, and

the Employee Retirement Income Security Act of 1974 (as amended), 29 U.S.C. §§1001 et seq.) The address and place of business of the CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS is 4115 Chesapeake Street, N.W., Washington, D.C. 20016-4665. The address and place of business of OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN who is the collection agent for the other Plaintiffs is c/o OBA Midwest, Ltd., 8205 South Cass Avenue, Suite 101, Darien, IL 60561.

3. That the Defendant is an Employer engaged in an industry within the meaning of ERISA, 29 U.S.C. Section 1002 (5), (11), (12) and (14). Defendant employs individuals who are members of, and represented by, International Union of Operating Engineers' Local Union No. 965, and said individuals are participants in Plaintiffs' employee benefit funds, pursuant to agreements by and between International Union of Operating Engineers Local Union No. 965 and Defendant.

4. The Defendant's address is Chatham, Illinois 62629.

5. The Defendant entered into a Standard Form Area Agreement which obligates it to make fringe benefit contributions to the aforementioned Funds. The Standard Form Area Agreement, in pertinent part, is attached hereto and made a part hereof as **Exhibit A**.

6. The Defendant entered into collective bargaining agreements which obligate it to make fringe benefit contributions to the aforementioned Funds. The collective bargaining agreement, in pertinent part, is attached hereto and made a part hereof as **Exhibit B**.

7. Pursuant to the Employee Retirement Income Security Act of 1974 (U.S.C. Title 29, Section 1145), the Defendant is required to make contributions to the Funds in accordance with the terms and conditions of the Funds' Agreements and Declarations of Trust, and to pay liquidated

damages in the event said contributions are not timely made. The Agreements and Declarations of Trust, in pertinent part, are attached hereto and made a part hereof as Plaintiffs' **Exhibits C, D, and E**.

8. Pursuant to Plaintiffs' Agreements and Declarations of Trust, the Funds are authorized and empowered to examine the payroll books and records of the Defendant to determine whether the employer is making full payment as required under the Agreements.

9. Pursuant to such Agreements and Declarations of Trusts, Plaintiffs engaged Romolo & Associates, to examine the payroll records of the Defendant.

10. That pursuant to such Agreements and Declarations of Trusts, Romolo & Associates have determined that Defendant owes Plaintiffs for delinquent contributions, liquidated damages and audit costs for the period from December 1, 2003, to December 31, 2004, in the total amount of $52,333.39. A copy of the audit report is attached hereto and made a part hereof as Plaintiffs' **Exhibit F**.

11. That Plaintiffs have made demand upon Defendant for the audit liabilities due, but Defendant has failed to satisfy said demand. A copy of Plaintiffs' demand is attached hereto and made a part hereof as Plaintiffs' **Exhibit G**.

12. That pursuant to the terms of the Agreements and Declarations of Trusts, the Defendant is liable for reasonable attorneys fees, court costs and all other reasonable expenses incurred by the Funds in collection of delinquent contributions and liquidated damages.

13. Attached hereto and incorporated herein as Plaintiffs' **Exhibit H** is the Affidavit of James P. Moody in support of his request for attorney fees, in the amount of $1,885.00, incurred in the prosecution of this matter.

WHEREFORE, Plaintiffs pray as follows:

A. That Judgment be entered in favor of Plaintiffs and against Defendant for delinquent contributions, liquidated damages and audit costs for the period from December 1, 2003, to December 31, 2004, in the amount of $52,333.39 and for any additional months which are unpaid from the date of this filing to the date Judgment is entered;

B. That Defendant be specifically required to perform and continue to perform all its obligations to the Plaintiffs, particularly to furnish to the Plaintiffs the required contribution reports and payments heretofore referred to;

C. That Defendant be decreed to pay to the Plaintiffs its reasonable attorney fees and costs in the amount of $1,885.00 as provided by ERISA, 29 U.S.C. Section 1132(g)(2), and the Trust Agreements;

D. That Defendant be decreed to pay all costs attendant to the cost of these proceedings;

E. That Plaintiffs be awarded such other and further relief as the Court deems just and equitable, all at Defendant's cost.

TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, et al., Plaintiffs,

By: _____s/ James P. Moody_____
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62701
Telephone (217) 544-1771
Fax (217) 544-9894
jim@cavanagh-ohara.com