INTERNATIONAL UNION OF OPERATING ENGINEERS
Local Union #965
AFL-CIO

## STANDARD FORM AREA AGREEMENT

covering

All public or private construction, demolition, alteration, repair, maintenance, excavation, production and other work performed by the Employers who are parties to this Agreement.

including

Open, heavy, highway, bridge, street, sewer, levee, drainage, dredging; water, gas and oil lines; railroads, airports, docks, wharves, piers, shipyards, sea walls, river work, tunnels, subways, dams, reservoirs; temporary sand and gravel pits, rock quarries and material yards; land clearing and development, drilling operations; all underground cables.

Effective: May 1, 2004           Expires: April 30, 2008

3520 East Cook Street
Springfield, Illinois 62708-3025
Telephone (217) 528-9659
FAX (217) 528=9060


EXHIBIT A

| CONFIRMATORY TEST | | LEVEL (ng/ml) |
|---|---|---|
| Marijuana metabolite | | 15* |
| Cocaine metabolite | | 150** |
| Opiates: | Morphine | 2,000 |
| | Codeine | 2,000 |
| Phencyclidine | | 25 |
| Amphetamines/Methamphetamine | | 500*** |

*Delta-9-tetrahydrocannabinol-9-carboxylic acid
**Bezoylecgonine
***If methamphetamine, there must be >200 ng/ml of Amphetamines

Alcohol test levels at or above .04 shall be considered a positive test for safety-sensitive equipment.

**Section 7.** Employees taking prescription medication which, according to their physician, has physical or mental side effects which could cause impairment on the job site should report the medication to site supervision. Employees who report use of lawful medication as described above shall not be disciplined for use of same.

**Section 8.** Any employee with test results of negative shall be compensated for all hours lost. If an employee has a confirmed positive test (s)he will: (1) be suspended without pay up to thirty (30) days, or as determined by established company policy; (2) agree to mandatory enrollment in a certified rehabilitation program at employee's own expense, with successful completion; and (3) agree to periodic follow-up drug testing for up to two (2) years after successful completion of rehabilitation program. A second positive or refusal to participate in a certified rehabilitation program after the first positive test shall result in termination of employment.

**Section 9.** Termination under this provision, including the circumstances surrounding the conduct of the drug or alcohol test, shall be fully subject to the arbitration provision of this Agreement

## ARTICLE 26
## PAYROLL DATA

It is agreed that the Employer shall make available for examination and inspection by the Business Manager or Business Representative of the Union any pertinent payroll information requested by the said Business Manager or Business Representative on any employee covered by this Agreement after any complaint made in writing to the Union.

The Employer agrees to certify in writing as correct the material made available to the Business Manager or Business Representative for inspection. No complaint shall be valid unless it is made within thirty (30) days after the alleged violation.

## ARTICLE 27
## PRE-JOB CONFERENCE

Every Employer who is or becomes party to this Agreement shall notify the Business Representative of the Union prior to the performance of any work properly coming under the jurisdiction of the Union; and the Employer shall inform the Business Representative of the nature

and classifications of Operating Engineers estimated to be required on said project. The Employer shall meet with the Business Representative of the Union at a date, time, and place mutually agreeable for the purpose of holding a pre-job conference. Any questions concerning the application of this Agreement shall be resolved at such pre-job conference and the Employer shall make arrangements for the referral of engineers to the project in accordance with the contractual referral provisions.

## ARTICLE 28
## PENSION PLAN

**Section 1.** During the period May 1, 2004, through April 30, 2008, the Employer shall pay monthly into the Central Pension Fund of the International Union of Operating Engineers and Participating Employers, the amount as specified in Article 8, Section 2, for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the dates, in the manner and form, and in accordance with the rules and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement. It shall not be a violation of this Agreement to take economic action available to enforce this Article.

**Section 2.** The Employer's obligation to make Pension contributions shall be expressly conditioned upon the Plan's continued qualification by IRS and conformance with ERISA. If discontinuation should happen, the negotiated fringe benefit for this Article shall revert to wages.

## ARTICLE 29
## HEALTH AND WELFARE PLAN

**Section 1.** During the period May 1, 2004, through April 30, 2008, the Employer shall pay monthly into the Operating Engineers Local 965 Health Benefit Plan the amount as specified in Article 8, Section 2, for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the date, in the manner and form, and in accordance with the rules and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 2.** If contributions are not made by the 15th of the month for the preceding month and employee was not eligible to receive benefits because of non-payment, the Employer shall be liable for any claim that may arise on account of such non-payment. It shall not be a violation of this Agreement to take any economic action available to enforce this Article.

## ARTICLE 30
## APPRENTICE TRAINING AND RETRAINING

**Section 1.** The parties hereto have accepted and do accept the terms and conditions of the Agreement and Declaration of Trust establishing the Operating Engineers 965 Apprentice Training and Retraining Fund.

**Section 2.** During the period May 1, 2004, through April 30, 2008, the Employer shall pay monthly into the Operating Engineers Local 965 Apprentice Training and Retraining Fund, the amount specified in Article 8, Section 2, for each hour paid or worked in the preceding month by all employees covered by this Agreement. Said payment shall be made on the dates, in the

manner and form, and in accordance with the rules and regulations as adopted by the Committee. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 3.**   All parties governed by this Agreement will train Apprentices in accordance with and comply with the provisions of the Apprenticeship Standards adopted by the Joint Operating Engineers Apprenticeship and Skill Improvement Committee for Central Illinois. The ratio of apprentices to journeymen shall not exceed 1-4, unless otherwise determined by the Committee to meet special conditions.

**Section 4.**   Apprentices shall be paid the following percentages of wage rate (plus fringe benefits set out in the wage scale Article) for Classification #1 provided in the Collective Bargaining Agreement in effect between the Employer and Local 965 of the International Union of Operating Engineers:

> First period ............................................................................. 70%
> Second period ........................................................................ 75%
> Third period ............................................................................ 80%
> Fourth period .......................................................................... 85%
> Fifth period ............................................................................. 90%
> Sixth period ............................................................................ 95%

## ARTICLE 31
## SUPPLEMENTAL DUES CHECKOFF

Upon receipt of an employee's written authorization, which shall be irrevocable for not more than one (1) year, or the termination of the Agreement, whichever occurs sooner, the Employer shall deduct from such employee's wages Union dues in the amount as specified in Article 8, Section 2. The Employer shall remit same to and as directed by the duly authorized representative of said Union together with a list of the names of employees from whose pay deductions were made. Such a written authorization may be revoked by the employee by written notice by Certified Mail to the Employer and the Union during the ten (10) day period prior to the end of any applicable yearly period, or during the ten (10) day period prior to the termination of any applicable bargaining agreement, whichever occurs sooner. In the absence of such revocation, sent and received in accordance with the foregoing requirements, the authorization shall be renewed for an additional yearly period or until the end of the collective bargaining agreement, whichever occurs sooner.

## ARTICLE 32
## PROTECTION OF RIGHTS

It shall not be a violation of this Agreement and it shall not be cause of discharge if any employee or employees refuse to go through an authorized picket line of this or any other Union. Nor shall the exercise of any rights protected by law be a violation of this Agreement.

IN WITNESS WHEREOF, the parties hereto have affixed their signatures which officially binds said parties under the provisions of this Agreement.

SIGNED this __18__ day of __May__, __04__,

at __Springfield__ __Ill.__
    (City)     (State)

__Jayco Construction__
(Name of Company)

__6759 Curran Rd.__
(Street Address)

__Chatham   Ill   62629__
(City/State/Zip)

Phone: __217__   __483-3972__
  (Area Code)  (Number)

FAX: _____   _____
  (Area Code)  (Number)

FOR THE COMPANY:

__[signature]__
(Name)      (Title)

FOR IUOE LOCAL 965:

__Michael D. Zahn__
Business Manager

__Joe Klein__
President

__[signature]__
Recording Secretary

28