

INTERNATIONAL UNION
OF
OPERATING ENGINEERS
Local Union 965
AFL-CIO
— and —
CENTRAL ILLINOIS BUILDERS
OF A.G.C.

BUILDING
MEMORANDUM OF AGREEMENT
May 1, 2003 through April 30, 2006

3520 East Cook Street
P.O. Box 3025
Springfield, Illinois 62708
Telephone: (217) 528-9659



EXHIBIT
B

## ARTICLE XXIV
### Safety Protection

**Section 1.** Possession, sale, or use of alcohol or non-prescription drugs during working hours shall be grounds for termination. Any employee who reports to work under the influence of alcohol or non-prescription drugs shall be subject to termination. "Non-prescription drugs" shall be defined as drugs which cannot be legally dispensed without a prescription and are not covered by a currently valid prescription endorsed by a qualified physician for the use by named employee in question. Employees may be subject to all necessary diagnostic medical testing for purposes of verifying compliance with this provision at the expense of the Employer.

**Section 2.** The contractor shall not conduct random testing, but shall confine testing to instances where there is reasonable cause.

**Section 3.** Employees taking prescription medication which according to their physician have physical or mental side effects which could cause impairment on the job-site must report the medication to site supervision. Employees who report use of lawful medication as described above shall not be disciplined for use of same.

**Section 4.** Terminations under this provision, including the circumstances surrounding the conduct of the drug or alcohol test, shall be fully subject to the grievance provisions of this contract.

48

## ARTICLE XXV
### Payroll Data

**Section 1.** It is agreed that the Employer shall make available for examination and inspection by the Business Manager or Business Representative of the Union any pertinent payroll information requested by the said Business Manager or Business Representative on any employee covered by this Agreement after any complaint made in writing to the Union.

**Section 2.** The Employer agrees to certify in writing as correct the material made available to the Business Manager or Business Representative for inspection. No complaint shall be valid unless it is made within thirty (30) days after the alleged violation.

## ARTICLE XXVI
### Pre-Job Conference

Every Employer who is or becomes party to this Agreement shall notify the Business Representative of the Union prior to the performance of any work properly coming under the jurisdiction of the Union; and the Employer shall inform the Business Representative of the nature and classifications of Operating Engineers estimated to be required on said project. The Employer shall meet with the Business Representative of the Union at a date, time and place mutually agreeable for the purpose of holding a pre-job conference, if so requested by the Union. Any questions concerning the application of

49

this Agreement shall be resolved at such pre-job conference and the Employer shall make arrangements for the referral of engineers to the project in accordance with the contractual referral provision. If the Employer schedules a pre-job conference with another craft, the Employer shall notify the Union of the date and time of said pre-job conference.

## ARTICLE XXVII
## Pension Plan

**Section 1.** The Employer shall pay monthly into the Central Pension Fund of the International Union of Operating Engineers and Participating Employers the stipulated sum as noted in Article VIII, Section 2, per hour for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the dates, in the manner and form and in accordance with the rules and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement. It shall not be a violation of this contract to take economic action available to enforce this Article.

**Section 2.** The Employer's obligation to make pension contributions shall be expressly conditioned upon the Plan's continued qualification by I.R.S. and conformance with ERISA  If discontinuation should happen, the negotiated fringe benefit for this Article shall revert to wages.

50

## ARTICLE XXVIII
## Health and Welfare Plan

**Section 1.** The Employer shall pay monthly into the Operating Engineers Local 965 Health Benefit Plan the stipulated sum as noted in Article VIII, Section 2, per hour for each hour paid for or worked in the preceding month by all employees covered by this Agreement. Said payments shall be made on the date, in the manner and form, and in accordance with the rules and regulations as adopted by the trustees of said Fund. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

**Section 2.** If contributions are not made by the 15th of the month for the preceding month and employee was not eligible to receive benefits because of non-payment, the Employer shall be liable for any claim that may arise on account of such non-payment.

**Section 3.** It shall not be a violation of this Agreement to take any economic action available to enforce this Article.

## ARTICLE XXIX
## Apprentice Training and Retraining

The parties hereto have accepted and do accept the terms and conditions of the Agreement and Declaration of Trust establishing the Operating Engineers Local 965 Apprentice Training and Retraining Fund.

During the period May 1, 2003, through April 30, 2006, the Employer shall pay monthly into the Operating

51

Engineers Local 965 Apprentice Training and Retraining Fund, the amount specified in Article VII, Section B, for each hour paid or worked in the preceding month by all employees covered by this Agreement. Said payment shall be made on the dates, in the manner and form, and in accordance with the rules and regulations as adopted by the Committee. Negligence of the Employer in complying with this Article shall be deemed a direct violation of this Agreement.

All parties governed by this Agreement will train Apprentices in accordance with and comply with the provisions of the Apprenticeship Standards adopted by the Joint Operating Engineers Apprenticeship and Skill Improvement Committee for Central Illinois.

Apprentices shall be paid the following percentages of wage rate (plus fringe benefits set out in the wage scale Article) for Classification 1 provided in the Collective Bargaining Agreement in effect between the Employer and Local 965 of the International Union of Operating Engineers:

    First period .................................................. 70%
    Second period ........................................... 75%
    Third period ................................................ 80%
    Fourth period.............................................. 85%
    Fifth period ................................................. 90%
    Sixth period ................................................ 95%

## ARTICLE XXX
### Supplemental Dues Checkoff

Upon receipt of an employee's written authorization, which shall be irrevocable for not more than one (I) year, or the termination of this Agreement, whichever occurs sooner, the Employer shall deduct from each employee's wages Union Dues in the amount as set out in Article VIII, Section 2, per hour for each hour worked. The Employer shall remit same to and as directed by the duly authorized representative of said Union, together with a list of the names of employees from whose pay the deductions were made. Such a written authorization may be revoked by the employee by giving written notice by Certified Mail to the Employer and the Union during the ten (10) day period prior to the end of any applicable yearly period, or during the ten (10) day period prior to the termination of any applicable bargaining agreement, whichever occurs sooner. In the absence of such revocation, sent and received in accordance with the foregoing requirements, the authorization shall be renewed for an additional yearly period or until the end of the Collective Bargaining Agreement, whichever occurs sooner.

## ARTICLE XXXI
### Protection of Rights

It shall not be a violation of this Agreement and it shall not be cause for discharge if any employee or employees refuse to go through an authorized picket line of this or any other Union. Nor shall the exercise of any rights protected by law be a violation of this Agreement.

SIGNED this 4 day of Dec.
at Springfield Ill
       (City)                              (State)

Jiffy
(Name of Company)

3955 W Durham Parkway
(Street Address)

Springfield Ill
(City/State/Zip)

Phone: 217  522-8621
       (Area Code) (Number)

FAX:        522-9330
       (Area Code) (Number)

FOR THE COMPANY:
X _____
   (Name)        (Title)

FOR IUOE LOCAL 965:
Michael D. Fahr
       Business Manager

Joe Klohr
       President

_____
Recording Secretary