E-FILED
Tuesday, 31 May, 2005 04:13:26 PM
Clerk, U.S. District Court, ILCD

**STATEMENT OF ADDITIONAL
REPORTABLE HOURS DUE FOR
JAYCO CONSTRUCTION
FOR THE PERIOD
DECEMBER 1, 2003 TO DECEMBER 31, 2004**



EXHIBIT F

**Romolo & Associates**
Certified Public Accountants

2428 N. North • Peoria, IL 61604
E-mail: admin@romolocpa.com • Phone 309.682.2001 • Fax 309.682.2045

## Independent Accountants' Report On Applying Agreed-Upon Procedures

To the Delinquency Committee
 of Operating Engineers Local #965 Health Benefit Plan
Springfield, Illinois

At your request we have applied certain agreed upon procedures specified by Operating Engineers Local #965 Health Benefit Plan as described in the attached supplement, to the selected payroll and related records of JAYCO Construction (the Employer) who has agreed to submit their records for the period December 1, 2003 to December 31, 2004. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the Operating Engineers Local #965 Health Benefit Plan Trust Agreements. This engagement to apply agreed-upon procedures was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of the procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

Because the procedures described in the supplement do not constitute an audit made in accordance with generally accepted auditing standards, we do not express an opinion on any of the accounts or items referred to in this report.

In connection with the above procedures, certain matters came to our attention that caused us to believe that additional Employer contributions, as shown in the summary of amounts due, were due to the Plan in the amount of $51,582.25.

In addition, the accompanying notes herein identify any special circumstances which we feel the Trustees should consider in evaluating this report. These notes are an integral part of this report and should be reviewed to completely understand this report.

Had we performed additional procedures or had we performed an audit of the financial statements in accordance with generally accepted auditing standards, other matters might have come to our attention that would have been reported to you. This report relates only to the items specified above and does not extend to any financial statements of the Employer taken as a whole.

This report is intended solely for the information of the Employer and the Operating Engineers Local #965 Health Benefit Plan and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.

*[signature]*

Romolo & Associates
Certified Public Accountants
March 1, 2005

## SUPPLEMENT FOR AGREED UPON PROCEDURES

1. Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2. Obtained access to some or all of the following accounting records from the Employer:

    * Weekly payroll
    * Individual earnings records
    * State unemployment tax Forms, UC-3s
    * Federal payroll tax Forms 941s, 940s, and/or W-2s
    * Other trades fringe benefit reports
    * The monthly remittance reports for your Fund
    * Job cost records

3. To determine that we were provided with the entire payroll we performed the following procedure:

    * Agreed gross wages per the Employer's payroll records to its payroll tax returns on a test basis.

4. In order to determine that all hours for covered work were properly reported to the Funds we performed the following test procedures:

    * Determined classifications of employees and union affiliation.
    * Compared hours worked by covered employees to the hours reported on the Employer's monthly remittance reports.
    * Reported all hours as due for employees whose occupation could not be determined.

5. Reviewed findings with Employer at conclusion of procedures and discussed possible delinquencies.

(Please see Notes for any scope limitation on the above procedures or additional procedures performed not described above.)

JAYCO CONSTRUCTION
NOTES TO AGREED UPON PROCEDURES
DECEMBER 1, 2003 TO DECEMBER 31, 2004

NOTE 1:    UNREPORTED HOURS

Please be advised the Employer did not submit any union report forms during the examination period. Furthermore, the Employer stated he did not employ operators. There were four employees who the Employer stated were truck drivers and these individuals were not reported to any union fringe benefit fund. All hours for these individuals are shown as due herein for those unreported employees. Hours which are shown as due herein come directly from the employer's records. However, based on hours worked and the rate of pay for those hours, the wages did not tie-out to the W-2 totals for 2 employees, Mr. Steve Kunz (SSN 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) and Mr. Ralph McGee (SSN 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). Therefore, the difference in the wages and W-2's were computed by using the operator's wage scale to come as close as possible to the total wages as reported on the W-2. The hours were then applied to the appropriate quarter.

## JAYCO Construction
### TOTAL SUMMARY OF AMOUNTS DUE
#### December 1, 2003 To December 31, 2004

| | 2003 | 2004 | TOTAL |
|---|---|---|---|
| HEALTH & WELFARE | $ 1,871.50 | $ 19,791.50 | $ 21,663.00 |
| PENSION | 1,970.00 | 21,667.38 | 23,637.38 |
| APPRENTICESHIP | 236.40 | 3,093.20 | 3,329.60 |
| CIBIAF | 47.28 | 477.75 | 525.03 |
| SUPPLEMENT DUES | 224.38 | 2,202.86 | 2,427.24 |
| TOTAL DUE | $ 4,349.56 | $ 47,232.69 | $ 51,582.25 |

## JAYCO Construction
## Unreported Regular Hours
## For period 12/1/2003 - 12/31/2003
### Local: 965

| | December | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kunz, Steve 333460370 | 147.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 147.00 |
| McGee, Ralph 322403903 | 152.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 152.00 |
| Shirley Jr., Brian 333708372 | 95.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 95.00 |
| **Unreported Regular Hours** | 394.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 394.00 |
| **Amounts Due** | | | | | | | | | | | | |
| HEALTH & WELFARE | $1,871.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,871.50 |
| PENSION | $1,970.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,970.00 |
| APPRENTICESHIP | $236.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $236.40 |
| CIBIAF | $47.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $47.28 |
| **Total Liability** | $4,125.18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,125.18 |
| **Rates** | | | | | | | | | | | | |
| HEALTH & WELFARE | 4.750 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| PENSION | 5.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| APPRENTICESHIP | 0.600 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| CIBIAF | 0.120 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |

## JAYCO Construction
## Unreported Gross Wages
### For period 12/1/2003 - 12/31/2003
### Local: 965

| | December | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|
| Kunz, Steve 333460370 | $2,205.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,205.00 |
| McGee, Ralph 322403903 | $3,366.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,366.80 |
| Shirley Jr., Brian 333708372 | $1,907.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,907.60 |
| Unreported Total Gross Wage | $7,479.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,479.40 |
| **Amounts Due** | | | | | | | | |
| Working Dues | $224.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $224.38 |
| Total Liability | $224.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $224.38 |
| **Rates** | | | | | | | | |
| Working Dues | 3.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | |

## JAYCO Construction
## Unreported Regular Hours
### For period 1/1/2004 - 12/31/2004
#### Local: 965

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kunz, David 336508693 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 310.50 | 0.00 | 0.00 | 758.50 | 0.00 | 0.00 | 253.00 | 1322.00 |
| Kunz, Steve 333460370 | 0.00 | 0.00 | 182.00 | 0.00 | 0.00 | 525.50 | 0.00 | 0.00 | 638.50 | 0.00 | 0.00 | 539.25 | 1885.25 |
| McGee, Ralph 322403903 | 0.00 | 0.00 | 183.00 | 0.00 | 0.00 | 98.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 281.00 |
| Shirley Jr., Brian 333708372 | 0.00 | 0.00 | 94.00 | 0.00 | 0.00 | 277.00 | 0.00 | 0.00 | 122.00 | 0.00 | 0.00 | 0.00 | 493.00 |
| Unreported Regular Hours | 0.00 | 0.00 | 459.00 | 0.00 | 0.00 | 1211.00 | 0.00 | 0.00 | 1519.00 | 0.00 | 0.00 | 792.25 | 3981.25 |
| **Amounts Due** | | | | | | | | | | | | | |
| HEALTH & WELFARE | $0.00 | $0.00 | $2,180.25 | $0.00 | $0.00 | $6,055.00 | $0.00 | $0.00 | $7,595.00 | $0.00 | $0.00 | $3,961.25 | $19,791.50 |
| PENSION | $0.00 | $0.00 | $2,295.00 | $0.00 | $0.00 | $6,660.50 | $0.00 | $0.00 | $8,354.50 | $0.00 | $0.00 | $4,357.38 | $21,667.38 |
| APPRENTICESHIP | $0.00 | $0.00 | $275.40 | $0.00 | $0.00 | $968.80 | $0.00 | $0.00 | $1,215.20 | $0.00 | $0.00 | $633.80 | $3,093.20 |
| CIBIAF | $0.00 | $0.00 | $55.08 | $0.00 | $0.00 | $145.32 | $0.00 | $0.00 | $182.28 | $0.00 | $0.00 | $95.07 | $477.75 |
| **Total Liability** | $0.00 | $0.00 | $4,805.73 | $0.00 | $0.00 | $13,829.62 | $0.00 | $0.00 | $17,346.98 | $0.00 | $0.00 | $9,047.50 | $45,029.83 |
| **Rates** | | | | | | | | | | | | | |
| HEALTH & WELFARE | 4.750 | 4.750 | 4.750 | 4.750 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | 5.000 | |
| PENSION | 5.000 | 5.000 | 5.000 | 5.000 | 5.500 | 5.500 | 5.500 | 5.500 | 5.500 | 5.500 | 5.500 | 5.500 | |
| APPRENTICESHIP | 0.600 | 0.600 | 0.600 | 0.600 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | |
| CIBIAF | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | |

## JAYCO Construction
## Unreported Gross Wages
## For period 1/1/2004 - 12/31/2004
### Local: 965

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Kunz, David 336508693 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,657.50 | $0.00 | $0.00 | $11,441.25 | $0.00 | $0.00 | $7,807.20 | $23,905.95 |
| Kunz, Steve 333460370 | $0.00 | $0.00 | $2,912.00 | $0.00 | $0.00 | $11,850.72 | $0.00 | $0.00 | $10,216.00 | $0.00 | $0.00 | $9,357.63 | $34,336.35 |
| McGee, Ralph 322403903 | $0.00 | $0.00 | $2,928.00 | $0.00 | $0.00 | $2,359.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,287.04 |
| Shirley Jr., Brian 333708372 | $0.00 | $0.00 | $1,887.52 | $0.00 | $0.00 | $5,562.16 | $0.00 | $0.00 | $2,449.76 | $0.00 | $0.00 | $0.00 | $9,899.44 |
| Unreported Total Gross Wage | $0.00 | $0.00 | $7,727.52 | $0.00 | $0.00 | $24,429.42 | $0.00 | $0.00 | $24,107.01 | $0.00 | $0.00 | $17,164.83 | $73,428.78 |
| **Amounts Due** | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $231.83 | $0.00 | $0.00 | $732.87 | $0.00 | $0.00 | $723.21 | $0.00 | $0.00 | $514.95 | $2,202.86 |
| Total Liability | $0.00 | $0.00 | $231.83 | $0.00 | $0.00 | $732.87 | $0.00 | $0.00 | $723.21 | $0.00 | $0.00 | $514.95 | $2,202.86 |
| **Rates** | | | | | | | | | | | | | |
| Working Dues | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | |