# CAVANAGH & O'HARA
### Attorneys At Law

407 East Adams Street
P.O. Box 5043
Springfield, Illinois 62705
Telephone (217) 544-1771
Telefax (217) 544-9894

William K. Cavanagh
Michael W. O'Hara
Patrick J. O'Hara
James P. Moody

Daniel M. McLaughlin*
John T. Long
*Licensed in Missouri & Illinois

Of Counsel
Michael J. Masterson, P.C.

Swansea Office
1609 North Illinois Street
Swansea, Illinois 62226
Telephone (618) 222-5945
Telefax (618) 222-6755

Chicago Office
20 South Clark
Suite 3000
Chicago, Illinois 60603
Telephone (312) 629-3141
Telefax (312) 855-0445

E-FILED
Tuesday, 31 May, 2005 04:13:47 PM
Clerk, U.S. District Court, ILCD

March 10, 2005

## FIRST AND FINAL NOTICE

*Via Certified Mail*
JAYCO Construction
6759 Curran Road
Chatham, IL 62629

Re: Operating Engineers' Local #965 Health Benefit Plan
Payroll Compliance Audit for JAYCO Construction
For the Period December 1, 2003 to December 31, 2004

Dear Employer:

Enclosed please find a copy of the audit performed by Romolo & Associates with respect to the above-referenced matter. As you will note, the audit disclosed that **$51,582.25** is due and owing from your company to the various Funds and Local Unions for outstanding fringe benefit contribution payments, plus **$751.14** as and for audit costs, for a total amount due of **$52,333.39**.

In order that the applicable participants may be credited by the Funds, with their proper hours of contributions, the Trustees require that you pay the above referenced totals immediately. A copy of this letter and the audit are being sent to the various Funds and Local Unions.

Should you have any challenges to the results of the audit, please put your challenges in writing and send them to:

Cavanagh & O'Hara
Attention: James P. Moody
P.O. Box 5043
Springfield, Illinois 62705


EXHIBIT G


-2-

JAYCO Construction                                                    March 10, 2005

    Your challenges will then be forwarded to the Delinquency Committees of each Fund and also the Local Unions for their review. Please be sure to include any documentation supporting your position with your challenges.

    If you do not comply with any of the above-mentioned procedures or submit written challenges, along with documentation by **Thursday, March 17, 2005,** this office will then have no alternative but to immediately file with the United States District Court a Complaint against JAYCO for the full amount due and owing including attorneys fees, court costs and sheriff fees.

                          Very truly yours,

                            James P. Moody

JPM:pjr  
Enclosures  
cc:    Mike Zahn  
        Ed Otstott  
        JAYCO Construction, via regular mail  
F:\files\OE965\JAYCO Const\L-AuditRpt.dmd.wpd