E-FILED
Tuesday, 31 May, 2005  04:14:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

TRUSTEES OF OPERATING ENGINEERS LOCAL 965 )
HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING )
ENGINEERS LOCAL 965 APPRENTICE TRAINING    )
AND RETRAINING FUND, TRUSTEES OF CENTRAL   )
PENSION FUND OF THE INTERNATIONAL UNION    )
OF OPERATING ENGINEERS AND PARTICIPATING   )
EMPLOYERS, CENTRAL ILLINOIS BUILDERS       )
INDUSTRY ADVANCEMENT FOUNDATION, and       )
TRUSTEES OF OPERATING ENGINEERS LOCAL 965  )
SUPPLEMENTAL DUES FUND,                    )
                                           )
            Plaintiffs,                    )
                                           )
vs.                                        )   Case No.
                                           )
BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, )
                                           )
            Defendant.                     )

### AFFIDAVIT IN SUPPORT OF ATTORNEY'S FEES

I, JAMES P. MOODY, having first been duly sworn on oath, state that the following itemization accurately represents the time and costs expended by this firm in this cause:

| DATE | DESCRIPTION | HOURS |
|---|---|---|
| 03/01/05 | Received and reviewed Springfield Ordinance regarding responsible bidder and purchasing procedures. | 0.80 |
|  | Review file; Conference with Romolo and Associates. | 0.40 |
|  | Received and reviewed audit results; Transmittal of correspondence to Mike Zahn. | 0.30 |
| 03/02/05 | Review new ordinance to define responsible bidder. | 0.20 |
|  | Preparation of draft letter to Dave Barker. | 0.50 |
| 03/04/05 | Preparation of draft letter to City of Springfield regarding JAYCO. | 2.00 |


EXHIBIT H

| Date | Description | Hours |
|---|---|---|
| 03/07/05 | Received and reviewed faxed correspondence from Mike Zahn regarding JAYCO projects and union membership of three employees. | 0.30 |
| | Received and reviewed correspondence regarding status of individuals. | 0.10 |
| 03/10/05 | Telephone conference with City of Springfield to obtain address for Stewart. | 0.10 |
| | Preparation of demand letter to employer, with payroll compliance audit, via certified mail and regular mail. | 0.75 |
| 03/16/05 | Telephone conference with Jay Shirley of JAYCO regarding his contesting of findings and retention of an attorney. | 0.20 |
| 03/31/05 | Received and reviewed unclaimed certified mail to employer. | 0.10 |
| 04/11/05 | Left message for Jay Shirley regarding attorney's name and phone number. | 0.10 |
| 04/25/05 | Telephone conference with Carol of employer regarding attorney's name and number; Transmittal of correspondence to attorney Michael Lied regarding status of audit challenges. | 0.35 |
| 05/11/05 | Review file; Research Secretary of State with regard to corporate information; Employer is no longer an Illinois corporation; Preparation of draft Complaint for collection of audit liabilities due; Preparation of draft Affidavit in Support of Attorney Fees, Civil Cover Sheet, Certificate of Interest and Summons; Begin assembly of exhibits. | 2.00 |
| 05/31/05 | Finalize Complaint, Civil Cover Sheet, Certificate of Interest, Summons; Assembly of full Complaint; Transmittal of same to U.S. District Court, via e-mail, for opening of new case. | 1.00 |
| | TOTAL HOURS 9.20 X $175.00 PER HOUR | $1,610.00 |
| 05/31/05 | U.S. District Court – Filing Fees | $250.00 |
| 05/31/05 | Terry Lowe, Private Process Server | $25.00 |
| | **TOTAL FEES AND COSTS** | **$1,885.00** |

2

FURTHER THIS AFFIANT SAYETH NAUGHT.

                                                                 s/ James P. Moody  
                                                                 James P. Moody  
                                                                 Attorney for Plaintiff  
                                                                 **CAVANAGH & O'HARA**  
                                                                 407 East Adams Street  
                                                                Post Office Box 5043  
                                                                Springfield, IL 62705  
                                                                Telephone: (217) 544-1771  
                                                                Facsimile: (217) 544-5236  
                                                                E-mail: jim@cavanagh-ohara.com

SUBSCRIBED and SWORN to before me this 31st day of May, 2005.

OFFICIAL SEAL  
**RITA DOLACK**  
NOTARY PUBLIC, STATE OF ILLINOIS  
MY COMMISSION EXPIRES 4-8-2006

                                                     Rita Dolack  
                                                     Notary Public

F:\files\OE965\JAYCO Const\Affidavit.FEE.wpd