IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FOUNDATION, and TRUSTEES OF OPERATING ENGINEERS LOCAL 965 SUPPLEMENTAL DUES FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION,<br><br>    Defendant. | Case No. |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for the TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, Plaintiffs, furnished the following in compliance with Standing Order CDIL-33 of this Court.

(a) Trustees of Operating Engineers Local 965 Health Benefit Plan, Trustees of Operating Engineers Local 965 Apprentice Training and Retraining Fund, Trustees of Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Central Illinois Builders Industry Advancement Foundation, and Trustees of Operating Engineers Local 965 Supplemental Dues Fund.

(b) Not applicable.

(c) CAVANAGH & O'HARA
William K. Cavanagh
Michael O'Hara
Patrick J. O'Hara
James P. Moody
John T. Long

DATED this 31ˢᵗ day of May, 2005.

By: _____s/ James P. Moody_____
JAMES P. MOODY
**CAVANAGH & O'HARA**
407 East Adams Street
Post Office Box 5043
Springfield, IL 62701
Telephone (217) 544-1771
Fax (217) 544-9894
jim@cavanagh-ohara.com

F:\files\OE965\JAYCO Const\Certificate of Interest.wpd