IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALT BENEFIT PLAN, *et al.*,<br><br>            Plaintiffs,<br><br>vs.<br><br>BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION,<br><br>            Defendant. | Case No. 05-3138 |

## STATUS REPORT

NOW COME the Plaintiffs, TRUSTEES OF OPERATING ENGINEERS LOCAL 965) HEALTH BENEFIT PLAN, *et al.,* by and through its attorneys, Cavanagh & O'Hara, and for its response to this Honorable Court's order to file a status report, state as follows:

1.   That the Complaint in this matter was filed on May 31, 2005.

2.   That on June 1, 2005, Plaintiffs placed with Terry Lowe, Private Process Server, the Summons and Complaint for service upon Defendant, Brian J. Shirley.

3.   As of July 15, 2005, service has not been obtained upon Defendant, Brian J. Shirley.

4.   Plaintiffs are continuing its efforts to effectuate service upon Defendant, Brian J. Shirley.

                                              By:        s/ James P. Moody
                                                   JAMES P. MOODY
                                                   **CAVANAGH & O'HARA**
                                                   407 East Adams Street
                                                   Post Office Box 5043
                                                   Springfield, IL 62701
                                                   Telephone (217) 544-1771
                                                   Fax (217) 544-9894
                                                   jim@cavanagh-ohara.com

F:\files\OE965\JAYCO Const\SR.wpd

**PROOF OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing instrument was served upon each of the addressees hereinafter set forth by enclosing the same in an envelope plainly addressed to each of said addressees affixing first-class postage thereto and depositing the same with the United States Mail at Springfield, Illinois on the 18th day of July, 2005:

      Mr. Brian J. Shirley, Owner
      JAYCO Construction
      6759 Curran Road
      Chatham, IL 62629

and that the original was filed with the Clerk of the Court in which said case is pending.

      _____s/ James P. Moody_____
      JAMES P. MOODY
      **CAVANAGH & O'HARA**
      407 East Adams Street
      Post Office Box 5043
      Springfield, IL 62701
      Telephone (217) 544-1771
      Fax (217) 544-9894
      jim@cavanagh-ohara.com

**CAVANAGH & O'HARA**
Attorneys at Law
407 East Adams
Post Office Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
F:\files\OE965\JAYCO Const\SR.wpd