# United States District Court

CENTRAL ——— DISTRICT OF ——— ILLINOIS

TRUSTEES OF OPERATING ENGINEERS LOCAL
965 HEALTH BENEFIT PLAN, et al.

Plaintiffs,

V.

BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION,

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-3138

TO: (Name and address of defendant)  **PERSONAL SERVICE ONLY**
Brian J. Shirley, Owner
JAYCO Construction
6759 Curran Road
Chatham, IL 62629
(217) 522-8621

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Springfield, IL 62701
(217) 544-1771

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

May 31, 2005
DATE

s/Marleen Cooke
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE AUGUST 28, 2005 |
| NAME OF SERVER (PRINT) TERRY LOWE | TITLE PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 6759 CURRAN RD, CHATHAM, ILLINOIS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL 10 ATTEMPTS AT 24 MILES PER ATTEMPT AT 25¢ PER MILE = $60.00 | SERVICES $30.00 | TOTAL $90.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on AUGUST 28, 2005
Date

Signature of Server

P.O. BOX 20185, SPRINGFIELD, IL 62708
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.