**E-FILED**
Monday, 12 September, 2005  03:35:22 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**Howard & Howard**
law for business*

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304-5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
Fax 309.672.1568

|  |  |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FOUNDATION, and TRUSTEES OF OPERATING ENGINEERS LOCAL 965 SUPPLEMENTAL DUES FUND, | Case No. 05-3138 |
| Plaintiffs, | |
| Vs. | |
| BRIAN J. SHIRLEY, d/b/a JAYCO CONSTRUCION, | |
| Defendant. | |

## MOTION FOR EXTENSION OF TIME TO ANSWER OR PLEAD

Brian J. Shirley, d/b/a JAYCO Construction, moves for an extension of time to answer or plead to the Complaint and states as follows:

1.     Undersigned counsel has only recently been retained on the above matter.

2.     Defendant desires to explore the possibility of settlement and has requested the underlying audit information from counsel for Plaintiff.

3.      Under the circumstances, it would be in the interests of justice to extend the time for Defendant to answer or otherwise plead by at least thirty days.

4.      Concurrence with the relief requested has been obtained from counsel for Plaintiff.

Wherefore, Defendant, Brian J. Shirley, prays the Court extend, by an additional thirty days, the time in which they must answer or otherwise plead to the Complaint.

Respectfully submitted,

Brian J. Shirley, d/b/a JAYCO Construction, Inc.

\s\Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL 61602-1350
Telephone:     (309) 672-1483
Facsimile:     (309) 672-1568
Email: mlied@howardandhoward.com
IL Attorney Reg. No.: 6197844

**Howard & Howard**
law for business®

One North Main
Suite 500
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304-5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
Fax 309.672.1568

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2005, I electronically filed Defendant's Motion for Extension of Time to Answer or Plead with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Post Office Box 5043
Springfield, IL 62701

\s\Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL 61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email: mlied@howardandhoward.com

Kw\G:\J-L\JAYCO\Pleadings\Mot. Extension.doc

Howard ⬛ Howard
law for business®

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568