IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

Howard & Howard
law for business®

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FOUNDATION, and TRUSTEES OF OPERATING ENGINEERS LOCAL 965 SUPPLEMENTAL DUES FUND,<br><br>Plaintiffs,<br><br>Vs.<br><br>BRIAN J. SHIRLEY, d/b/a JAYCO CONSTRUCTION,<br><br>Defendant. | Case No. 05-3138 |

## ANSWER AND DEFENSES

Brian J. Shirley, d/b/a Jayco Construction, by Howard & Howard Attorneys P.C., answers the Complaint and raises defenses thereto as follows:

1. This action arises under the Employee Retirement Income Security Act of 1974, as amended, U.S.C. Title 29, Section 1145.

Answer: Admit that Plaintiffs' purported claims are brought under the Employer Retirement Income Security Act, Title 29 U.S.C. § 1145.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

2. The Plaintiffs, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, are employee benefit plans administered pursuant to the terms and provisions of the Declarations of Trusts creating said Funds and are required to be maintained and administered in accordance with the provisions of the Labor Management Relations Act of 1947, and the Employee Retirement Income Security Act of 1974 (as amended), 29 U.S.C. §§ 1001 et seq.) The address and place of business of the CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS is 4115 Chesapeake Street, N.W., Washington, D.C. 20016-4665. The address and place of business of OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, who is the collection agent for the other Plaintiffs, is c/o OBA Midwest, Ltd., 8205 South Cass Avenue, Suite 101, Darien, IL 60561.

Answer:    Defendant lacks sufficient information to admit or deny.

3. That the Defendant is an Employer engaged in an industry within the meaning of ERISA, 29 U.S.C. Section 1002 (5), (11), (12) and (14). Defendant employs individuals who are members of, and represented by, International Union of Operating Engineers' Local Union No. 965, and said individuals are participants in Plaintiffs' employee benefit funds, pursuant to agreements by and between International Union of Operating Engineers Local Union No. 965 and Defendant.

Answer:    Admit.

4. The Defendant's address is Chatham, Illinois 62629.

Answer:    Admit.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

5. The Defendant entered into a Standard Form Area Agreement which obligates it to make fringe benefit contributions to the aforementioned Funds. The Standard Form Area Agreement, in pertinent part, is attached hereto and made a part hereof as **Exhibit A.**

Answer: Admit Defendant entered into a Standard Form Area Agreement, portions of which are attached to Complaint as **Exhibit A**. The terms of the Agreement provide the best evidence of its content.

6. The Defendant entered into collective bargaining agreements which obligate it to make fringe benefit contributions to the aforementioned Funds. The collective bargaining agreement, in pertinent part, is attached hereto and made a part hereof as **Exhibit B.**

Answer: Admit that Defendant entered into a collective bargaining agreement, a part of which is attached as **Exhibit B** of the Complaint. The terms of the collective bargaining agreement provide the best evidence of its content.

7. Pursuant to the Employee Retirement Income Security Act of 1974 (U.S.C. Title 29, Section 1145), the Defendant is required to make contributions to the Funds in accordance with the terms and conditions of the Funds' Agreements and Declarations of Trust, and to pay liquidated damages in the event said contributions are not timely made. The Agreements and Declarations of Trust, in pertinent part, are attached hereto and made a part hereof as Plaintiffs' **Exhibits C, D, and E.**

Answer: Admit that portions of the Agreements and Declarations of Trust are attached to the Complaint as **Exhibits C, D, and E**. Except as admitted, deny.

8. Pursuant to Plaintiffs' Agreements and Declarations of Trust, the Funds are authorized and empowered to examine the payroll books and records of the Defendant to determine whether the employer is making full payment as required under the Agreements.

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

Answer:    Admit.

9.    Pursuant to such Agreements and Declarations of Trusts, Plaintiffs engaged Romolo & Associates, to examine the payroll records of the Defendant.

Answer:    Defendant lacks sufficient information to admit or deny.

10.    That pursuant to such Agreements and Declarations of Trusts, Romolo & Associates have determined that Defendant owes Plaintiffs for delinquent contributions, liquidated damages and audit costs for the period from December 1, 2003, to December 31, 2004, in the total amount of $52,333.39. A copy of the audit report is attached hereto and made a part hereof as Plaintiff's **Exhibit F.**

Answer:    Admit that Romolo & Associates claim that Defendant owes the Plaintiffs $52,333.39 and that a copy of the audit report is attached to the Complaint as **Exhibit F**. Except as admitted, deny.

11.    That Plaintiff's have made demand upon Defendant for the audit liabilities due, but Defendant has failed to satisfy said demand. A copy of Plaintiffs' demand is attached hereto and made a part hereof as Plaintiffs' **Exhibit G.**

Answer:    Admit.

12.    That pursuant to the terms of the Agreements and Declarations of Trusts, the Defendant is liable for reasonable attorneys' fees, court costs and all other reasonable expenses incurred by the Funds in collection of delinquent contributions and liquidated damages.

Answer:    The terms of the Agreements and Declarations of Trusts provide the best evidence of their contents. Defendant denies he is liable for attorney fees, court costs, or expenses.

13. Attached hereto and incorporated herein as Plaintiffs' **Exhibit H** is the Affidavit of James P. Moody in support of his request for attorney fees, in the amount of $1,885.00, incurred in the prosecution of this matter.

Answer: Admit that the Affidavit of James P. Moody is attached as **Exhibit H** to Complaint. Defendant lacks sufficient information to admit or deny the balance of the averments ¶ 13.

WHEREFORE, Defendant prays the Complaint be dismissed and Defendant awarded his cost and reasonable attorney fees.

Respectfully submitted,

Howard & Howard Attorneys PC

\s\Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:   (309) 672-1483
Facsimile:   (309) 672-1568
Email: mlied@howardandhoward.com
IL Attorney Reg. No.:  6197844

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

## DEFENSES

Brian J. Shirley, d/b/a Jayco Construction, by Howard & Howard Attorneys P.C., raises the following defenses:

1.  All or part of the amounts claimed to be owing are not in fact owed because the work at issue is not covered work under the collective bargaining agreement.

>Respectfully submitted,
>
>Howard & Howard Attorneys PC
>
>\s\Michael R. Lied
>Michael R. Lied
>Howard & Howard Attorneys, P.C.
>One Technology Plaza, Suite 600
>Peoria, IL  61602-1350
>Telephone:    (309) 672-1483
>Facsimile:    (309) 672-1568
>Email: mlied@howardandhoward.com
>IL Attorney Reg. No.:  6197844

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2005, I electronically filed Defendant's Answer and Defenses with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Post Office Box 5043
Springfield, IL 62701

\s\Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL 61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email:   mlied@howardandhoward.com

Kw/G:\J-L\JAYCO\Pleadings\Answer-Defenses.doc