IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 )<br>HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING)<br>ENGINEERS LOCAL 965 APPRENTICE TRAINING     )<br>AND RETRAINING FUND, TRUSTEES OF CENTRAL   )<br>PENSION FUND OF THE INTERNATIONAL UNION    )<br>OF OPERATING ENGINEERS AND PARTICIPATING   )<br>EMPLOYERS, CENTRAL ILLINOIS BUILDERS        )<br>INDUSTRY ADVANCEMENT FOUNDATION, and       )<br>TRUSTEES OF OPERATING ENGINEERS LOCAL 965 )<br>SUPPLEMENTAL DUES FUND,                         )<br>                                                            )<br>             Plaintiffs,                            )<br>                                                            )<br>vs.                                                      )<br>                                                            )<br>BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION,  )<br>                                                            )<br>             Defendant.                           ) | No. 05-3138 |

**PROPOSED DISCOVERY PLAN**

NOW COME the Plaintiffs TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, by and through its attorneys, Cavanagh & O'Hara, and Defendant, BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, by and through its counsel, Michael Lied, and pursuant to Federal Rule of Civil Procedure 26(f) and CDIL-LR 16.2, hereby submit the following proposed discovery plan.

1.   All motions to amend pleadings and/or add parties are to be filed by January 20, 2006, unless good cause is shown;

2.   Depositions of the parties and fact witnesses shall be completed by June 1, 2006;

3.   All written discovery requests are to be served by May 29, 2006;

4.   Plaintiffs' opinion witnesses, if any, shall be disclosed by July 1, 2006. Reports of opinion witnesses are due on the date of disclosure. These opinion witnesses shall be made available

for deposition before September 1, 2006;

      5.    Defendant's opinion witnesses, if any, shall be disclosed by September 20, 2006. Reports of opinion witnesses are due on the date of disclosure. These opinion witnesses shall be made available for deposition before November 20, 2006;

      6.    Dispositive motions are to be filed by December 29, 2006;

      7.    This case is set for pretrial on _____, 2007;

      8.    This case is set for trial on _____ 2007.

Respectfully submitted,

| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, Plaintiffs, | BRIAN J. SHIRLEY, d/b/a JAYCO CONSTRUCTION, Defendant, |
|---|---|
| JAMES P. MOODY<br>Attorney for Plaintiffs | MICHAEL LIED<br>Attorney for Defendant |
| BY:  s/ James P. Moody<br>    JAMES P. MOODY<br>    Cavanagh & O'Hara<br>    407 East Adams, Box 5043<br>    Springfield, IL 62705<br>    (217) 544-1771 | BY:  s/Michael Lied<br>    MICHAEL LIED<br>    Howard & Howard<br>    One Technology Plaza<br>    Suite 600<br>    Peoria, IL 61602<br>    (309) 672-1483 |

F:\files\OE965\JAYCO Const\pdp.wpd