IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS  LOCAL 965 )<br>HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING)<br>ENGINEERS LOCAL 965 APPRENTICE TRAINING        )<br>AND RETRAINING FUND, TRUSTEES OF CENTRAL   )<br>PENSION FUND OF THE INTERNATIONAL UNION     )<br>OF OPERATING ENGINEERS AND PARTICIPATING   )<br>EMPLOYERS, CENTRAL ILLINOIS BUILDERS           )<br>INDUSTRY ADVANCEMENT FOUNDATION, and        )<br>TRUSTEES OF OPERATING ENGINEERS LOCAL 965 )<br>SUPPLEMENTAL DUES FUND,                                      )<br>                                                                                      )<br>                      Plaintiffs,                                          )<br>                                                                                      )<br>vs.                                                                               )<br>                                                                                      )<br>BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION,   )<br>                                                                                      )<br>                      Defendant.                                           ) | No. 05-3138 |

**CERTIFICATE OF SERVICE**

Plaintiffs CENTRAL LABORERS' PENSION FUND, et. al., by and through its attorneys,

Cavanagh & O'Hara, hereby certifies that Plaintiffs have this date served upon the Defendant,

BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, the following discovery:

Plaintiffs Rule 26(a) Disclosure; Disclosure of Expert

Dated this 26th Day of October, 2005.

CENTRAL LABORERS' PENSION FUND, *et al.*, Plaintiffs

By: s/James P. Moody_____
**CAVANAGH & O'HARA**
407 East Adams
P.O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
jim@cavanagh-ohara.com