E-FILED
Wednesday, 02 November, 2005  08:40:19 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS -- SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | NO.  05-3138 |
| BRIAN JAY SHIRLEY d/b/a JAYCO CONSTRUCTION, | ) ) ) ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure a scheduling conference was held on <u>November 1, 2005,</u> with  Attorneys <u>James P. Moody and Michael R. Lied</u>.

TIME LIMITS AND SETTINGS ARE ORDERED AS FOLLOWS:

1. No motions to join other parties and to amend the pleadings to be filed after <u>November 15, 2005.</u>.

2. <u>June 1, 2006</u>, to complete all fact discovery.
   Any written discovery served subsequent to the date of this Order to be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply before <u>June 1, 2006.</u>

3. <u>November 20, 2006,</u> to complete experts discovery.

4. <u>December 29, 2006</u>, to file dispositive motions.
   No dispositive motions filed after <u>December 29, 2006,</u> will be considered by the Court.

5. <u>March 30, 2007</u>, at <u>10:00 a.m.</u> for a Final Pre-trial Conference. All Motions in Limine to be filed per Local Rule 16.1 (E) (8).

6. <u>April 2, 2007</u>, at <u>9:00 a.m.</u> for trial on the trailing trial calendar.

7. <u>July 1, 2006</u>, for all plaintiffs to identify testifying experts and provide Rule 26 reports.

<u>September 20, 2006</u>, for defendant to identify testifying experts and provide Rule 26 reports.
(NOTE: This includes treating physicians and all other witnesses, medical and non-medical.)

NOTE: A CONTINUANCE OF THE TRIAL DATE AND/OR FINAL PRE-TRIAL DATE, DOES <u>NOT</u> ALTER OR EXTEND ANY OF THE OTHER ABOVE DATES.

ANY CONFLICTS BETWEEN THE SCHEDULING ORDER AND THE PROPOSED DISCOVERY PLAN SHALL BE CONTROLLED BY THE SCHEDULING ORDER.

ENTERED: November 1, 2005.

COPIES MAILED TO: All attorneys of record.

s/Charles H. Evans
CHARLES H. EVANS
United States Magistrate Judge