**E-FILED**
Wednesday, 02 November, 2005  09:07:33 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TRUSTEES OF OPERATING ENGINEERS  LOCAL 965 | ) | |
| HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING | ) | |
| ENGINEERS LOCAL 965 APPRENTICE TRAINING | ) | |
| AND RETRAINING FUND, TRUSTEES OF CENTRAL | ) | |
| PENSION FUND OF THE INTERNATIONAL UNION | ) | |
| OF OPERATING ENGINEERS AND PARTICIPATING | ) | |
| EMPLOYERS, CENTRAL ILLINOIS BUILDERS | ) | |
| INDUSTRY ADVANCEMENT FOUNDATION, and | ) | |
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 | ) | |
| SUPPLEMENTAL DUES FUND, | ) | No. 05-3138 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

Plaintiffs CENTRAL LABORERS' PENSION FUND, et. al., by and through its attorneys,

Cavanagh & O'Hara, hereby certifies that Plaintiffs have this date served upon the Defendant,

BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, the following discovery:

Plaintiffs Amended Disclosure of Expert

Dated this 2nd Day of November, 2005.

CENTRAL LABORERS' PENSION FUND, *et al.*, Plaintiffs

By: s/James P. Moody
**CAVANAGH & O'HARA**
407 East Adams
P.O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
jim@cavanagh-ohara.com