IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

Howard & Howard
law for business®

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FOUNDATION, and TRUSTEES OF OPERATING ENGINEERS LOCAL 965 SUPPLEMENTAL DUES FUND,<br><br>Plaintiffs,<br><br>Vs.<br><br>BRIAN J. SHIRLEY, d/b/a JAYCO CONSTRUCTION,<br><br>Defendant. | Case No. 05-3138 |

SUPPLEMENTAL
ENTRY OF APPEARANCE

Now comes Michael D. Gifford, Esq. of Howard & Howard Attorneys, P.C. and enters his appearance on behalf of Brian J. Shirley, d/b/a JAYCO Construction, and further, pursuant to Local Rule 83.5(G), the undersigned certifies he is a member in good standing of the bar of this Court.

Respectfully submitted this 28th day of November, 2005.

Howard & Howard
law for business®

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

HOWARD & HOWARD ATTORNEYS PC,

\s\Michael D. Gifford
   Michael D. Gifford

MICHAEL D. GIFFORD, ESQ.
HOWARD & HOWARD ATTORNEYS, P.C.
One Technology Plaza, Suite 600
Peoria, IL 61602-1350
Telephone: 309-672-1483
Facsimile: 309-672-1568
mgifford@howardandhoward.com
IL Atty Reg. No.: 3129020

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 28, 2005, he electronically filed the above and foregoing Supplemental Entry of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

>James P. Moody
>Cavanagh & O'Hara
>407 East Adams Street
>Post Office Box 5043
>Springfield, IL  62701

>\s\Michael D. Gifford
>Michael D. Gifford

MICHAEL D. GIFFORD, ESQ.
HOWARD & HOWARD ATTORNEYS, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone: 309-672-1483
Facsimile: 309-672-1568
mgifford@howardandhoward.com
IL Atty Reg. No.:  3129020

Kw\G:\J-L\JAYCO\Pleadings\Supp_Entry_App.doc

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568