IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FOUNDATION, and TRUSTEES OF OPERATING ENGINEERS LOCAL 965 SUPPLEMENTAL DUES FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIAN J. SHIRLEY, d/b/a JAYCO CONSTRUCTION,<br><br>Defendant. | Case No. 05-3138 |

NOTICE OF SERVICE

NOW COMES the Defendant, Brian J. Shirley, d/b/a Jayco Construction, by Michael D. Gifford, Esq., of Howard & Howard Attorneys, P.C., one of his attorneys, pursuant to the Federal Rules of Civil Procedure, and certifies that he served upon Plaintiffs this day the following discovery documents, together with a copy of this Notice:

1. Defendant's First Written Interrogatories to Plaintiff

2. Defendant's First Request for Production of Documents.

Dated this ___1___ day of ___Dec___, 2005.

BRIAN J. SHIRLEY, d/b/a JAYCO
CONSTRUCTION, Defendant

By: /s/ Michael D. Gifford_____
Michael D. Gifford
One of his attorneys

Howard & Howard
law for business®

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

MICHAEL D. GIFFORD, ESQ.
HOWARD & HOWARD ATTORNEYS, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone: 309-672-1483
Facsimile: 309-672-1568
mgifford@howardandhoward.com
IL Atty Reg. No.:  3129020