E-FILED
Friday, 03 February, 2006  02:55:58 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No. 05-3138 |
| BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, | )<br>)<br>) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

Plaintiffs, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et. al.*, by and through its attorneys, Cavanagh & O'Hara, hereby certifies that Plaintiffs have this date served upon the Defendant, BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, the following discovery:

Plaintiffs' Answers to Defendant's First Written Interrogatories to Plaintiffs.

Dated this 3rd day of February, 2006.

TRUSTEES OF OPERATING ENGINEERS
LOCAL 965 HEALTH BENEFIT PLAN, *et. al.*,
Plaintiffs,

s/James P. Moody
**CAVANAGH & O'HARA**
407 East Adams
P.O. Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile:   (217) 544-9894
jim@cavanagh-ohara.com

F:\files\OE965\JAYCO Const\CofS.P.Ans.It.wpd