E-FILED
Friday, 03 March, 2006  08:53:05 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 05-3138 ) |
| BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

Plaintiffs, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, by and through its attorneys, Cavanagh & O'Hara, hereby certifies that Plaintiffs have this date served upon the Defendant, BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, the following discovery:

Interrogatories to Defendant

Dated this 2nd Day of March, 2006.

> TRUSTEES OF OPERATING ENGINEERS LOCAL 965
> HEALTH BENEFIT PLAN, *et al.*, Plaintiffs
>
> By:  s/ James P. Moody
> James P. Moody, Bar No. 6256417
> **CAVANAGH & O'HARA**
> 407 East Adams Street
> Post Office Box 5043
> Springfield, IL 62705
> Telephone: 217-544-1771
> Facsimile: 217-544-5236
> jim@cavanagh-ohara.com

F:\files\OE965\JAYCO Const\COS.It.wpd