IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS  LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. 05-3138 ) |
| BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, | ) ) ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

Plaintiffs, TRUSTEES OF OPERATING ENGINEERS  LOCAL 965 HEALTH BENEFIT PLAN, *et al.*, by and through its attorneys, Cavanagh & O'Hara, hereby certifies that Plaintiffs have this date served upon the Defendant, BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION, the following discovery:

Request for Production of Documents.

Dated this 2nd Day of March, 2006.

                                              TRUSTEES OF OPERATING ENGINEERS  LOCAL 965
                                              HEALTH BENEFIT PLAN, *et al.*, Plaintiffs

                                By:    s/ James P. Moody
                                           James P. Moody, Bar No. 6256417
                                           **CAVANAGH & O'HARA**
                                           407 East Adams Street
                                           Post Office Box 5043
                                           Springfield, IL 62705
                                           Telephone: 217-544-1771
                                           Facsimile: 217-544-5236
                                           jim@cavanagh-ohara.com

F:\files\OE965\JAYCO Const\COS.RP.wpd