IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FOUNDATION, and TRUSTEES OF OPERATING ENGINEERS LOCAL 965 SUPPLEMENTAL DUES FUND,

  Plaintiffs,

Vs.

BRIAN J. SHIRLEY, d/b/a JAYCO CONSTRUCTION,

  Defendant.

Case No. 05-3138

**MOTION FOR SETTLEMENT CONFERENCE**

  Brian J. Shirley, d/b/a Jayco Construction, by Howard & Howard Attorneys P.C., moves the Court to convene a settlement conference and states as follows:

  1. After Plaintiffs took certain depositions, the parties discussed the possibility of settling this case.

  2. On a number of occasions, counsel for Shirley has requested Plaintiffs to provide a settlement demand. As the date of the filing of his motion, no such demand has been received.

#248168-v1

**Howard & Howard**
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

3. As the Court knows, a final pretrial conference and trial are scheduled for the near future.

4. Shirley continues to believe this matter may be settled with the assistance of the Court.

5. Under the circumstances, it would promote the interest of justice, and potentially save the resources of the parties and the Court, to conduct a settlement conference.

WHEREFORE, Brian J. Shirley, requests the Court to set a settlement conference at the earliest reasonable date.

Respectfully submitted,

Howard & Howard Attorneys PC


\s\Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:    (309) 672-1483
Facsimile:    (309) 672-1568
Email: mlied@howardandhoward.com
IL Attorney Reg. No.:  6197844

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2007, I electronically filed Defendant's Motion for Settlement Conference with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Post Office Box 5043
Springfield, IL  62701

\s\Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:	(309) 672-1483
Facsimile:	(309) 672-1568
Email:  mlied@howardandhoward.com

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568