**E-FILED**
Tuesday, 10 April, 2007  01:58:09 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | | |
|---|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| -vs- | ) ) | No.   05-CV-3138 |
| BRIAN JAY SHIRLEY d/b/a JAYCO CONSTRUCTION, | ) ) ) | |
| Defendant. | ) | |

## ORDER FOLLOWING REPORT OF SETTLEMENT

**BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:**

This case has been reported settled by the parties.  The parties are hereby directed to file with the Court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order.   All timetables and scheduled hearings in this case are cancelled and pending motions are moot until further order.


ENTERED:        April 10, 2007

s/ Byron G. Cudmore
_____
BYRON G. CUDMORE
UNITED STATES MAGISTRATE JUDGE