IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104.1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304.5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007.4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602.1350
309.672.1483
Fax 309.672.1568

| | |
|---|---|
| TRUSTEES OF OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, TRUSTEES OF OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, TRUSTEES OF CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, CENTRAL ILLINOIS BUILDERS INDUSTRY ADVANCEMENT FOUNDATION, and TRUSTEES OF OPERATING ENGINEERS LOCAL 965 SUPPLEMENTAL DUES FUND,<br><br>Plaintiffs,<br><br>Vs.<br><br>BRIAN J. SHIRLEY, d/b/a JAYCO CONSTRUCTION,<br><br>Defendant. | Case No. 05-3138 |

## STIPULATION FOR DISMISSAL

Plaintiff, Trustees of Operating Engineers Local 965 Health Benefit Plan, *et al.*, by Cavanagh & O'Hara, and Defendant, Brian J. Shirley, d/b/a Jayco Construction, by Howard & Howard Attorneys, P.C., hereby stipulate to dismissal of this action without prejudice, each party to bear its own costs and attorney fees.

#267303-v1

Howard & Howard
law for business

One North Main
Suite 300
101 North Main Street
Ann Arbor, MI 48104-1475
734.222.1483
Fax 734.761.5957

The Pinehurst Office Center
Suite 101
39400 Woodward Avenue
Bloomfield Hills, MI 48304-5151
248.645.1483
Fax 248.645.1568

Comerica Building
Suite 800
151 South Rose Street
Kalamazoo, MI 49007-4718
269.382.1483
Fax 269.382.1568

One Technology Plaza
Suite 600
211 Fulton Street
Peoria, IL 61602-1350
309.672.1483
Fax 309.672.1568

Respectfully submitted,

Brian J. Shirley, d/b/a JAYCO Construction, Inc.

\s\Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:   (309) 672-1483
Facsimile:   (309) 672-1568
Email: mlied@howardandhoward.com
IL Attorney Reg. No.: 6197844

Respectfully submitted,

Trustees of Operating Engineers Local 965 Health Benefit Plan, et al.

\s\James P. Moody
James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Post Office Box 5043
Springfield, IL  62701
Telephone: (217) 544-1771
Facsimile: (217) 544-9894
Email: jim@cavanagh-ohara.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2007, I electronically filed the parties' Stipulation for Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

James P. Moody
Cavanagh & O'Hara
407 East Adams Street
Post Office Box 5043
Springfield, IL  62701

\s\Michael R. Lied
Michael R. Lied
Howard & Howard Attorneys, P.C.
One Technology Plaza, Suite 600
Peoria, IL  61602-1350
Telephone:   (309) 672-1483
Facsimile:   (309) 672-1568
Email: mlied@howardandhoward.com