AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

TRUSTEES OF OPERATING ENGINEERS
LOCAL 965 HEALTH BENEFIT PLAN,
TRUSTEES OF OPERATING ENGINEERS
LOCAL 965 APPRENTICE TRAINING AND
RETRAINING FUND, TRUSTEES OF CENTRAL
PENSION FUND OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS AND
PARTICIPATING EMPLOYERS, CENTRAL
ILLINOIS BUILDERS INDUSTRY
ADVANCEMENT FOUNDATION and TRUSTEES
OF OPERATING ENGINEERS LOCAL 965
SUPPLEMENTAL DUES FUND,

                              Plaintiffs,

v.                                                                        CASE NO:  05-3138

BRIAN J. SHIRLEY d/b/a JAYCO CONSTRUCTION

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** pursuant to an order entered by the Honorable Jeanne E. Scott that  Plaintiffs' action is DISMISSED without prejudice, each party to bear its own costs and attorney fees.  All pending motions are DENIED as MOOT.  This case is closed.

AO 450 (Rev. 5/85) Judgment in a Civil Case

ENTER this 15th day of May, 2007

JOHN M. WATERS, CLERK

___s/Marleen Cooke_____
BY: DEPUTY CLERK